UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                Case No. 25-30708
                                                  Originating No.  25CR84

**DOMINIC MCCRAY,**

      Defendant.

_____/

**AMENDED
GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DOMINIC MCCRAY,** to answer to charges pending in another federal district, and states:

    1.  On **November 19, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Kentucky based on an Indictment**.  Defendant is charged in that district with violation of **26 United States Code, Section 5841 and 5861(d) and 5871 – Possession of Unregistered Firearm.**

    2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

s/*Stephen Carr*
STEPHEN CARR
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: November 19, 2025